**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

ROGER L. PERKINS,

        Plaintiff,

    v.

SUPERIOR COURT OF TUOLUMNE
COUNTY, et al.,

        Defendants.

Case No.: 1:26-cv-02601 JLT EGC

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS

(Doc. 4)

Roger L. Perkins initiated this action against Defendants Superior Court of Tuolumne County, Judge Hallie Gorman Campbell, Judge Laura Craig, Judge Kimberly Gaab, Ryan Campbell, Central Sierra Child Support Agency, California Department of Child Support Services, Nathan Isreal Nutting, Brian Ochoa Chavez, and Julie Salkeld by filing a complaint on April 6, 2026.  (Doc. 1.)

On April 21, 2026, the assigned magistrate judge screened the complaint and issued findings and recommendations recommending the Court: (1) dismiss counts one, two, three, five, and six for lack of subject matter jurisdiction; (2) dismiss count four as against Defendant Campbell for lack of subject matter jurisdiction; (3) dismiss counts four as against Defendant Nutting and count seven for failure to state a claim with limited leave to amend; and (4) dismiss count eight for lack of subject matter jurisdiction with limited leave to amend subject to Plaintiff

1

stating a claim establishing federal jurisdiction.  (Doc. 4 at 11.)  On April 30, 2026, Plaintiff timely filed objections to the findings and recommendations.  (Doc. 5.)

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Plaintiff's objections, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.  Among other things, Plaintiff's objections fail to appreciate fully that the *Rooker-Feldman* doctrine applies to "de facto" appeals from state court judgments and thus encompasses claims that attempt to raise constitutional challenges to the procedures applied in state court.  *See Miner v. City of Desert Hot Springs*, No. SA CV 24-2793-CAS(E), 2025 WL 1720174, at *3 (C.D. Cal. May 20, 2025) (reviewing cases applying *Rooker-Feldman* to claims alleging inadequate and/or unconstitutional procedures were applied in state court).  Thus, the Court **ORDERS**:

1.  The findings and recommendations, (Doc. 4), are **ADOPTED IN FULL.**

2.  Counts One, Two, Three, Five, & Six are **DISMISSED** for lack of subject matter jurisdiction.

3.  Count Four, as against Defendant Campbell, is **DISMISSED** for lack of subject matter jurisdiction.

4.  Count Four, as against Defendant Nutting, and Count Seven are **DISMISSED** for failure to state a claim, with limited leave to amend.

5.  Count Eight is **DISMISSED** for lack of subject matter jurisdiction, with leave to amend subject to Plaintiff stating a claim establishing federal jurisdiction.

Plaintiff **SHALL** file any amended complaint within 30 days of the date of this order. If Plaintiff fails to do so by the deadline, the case will dismissed without further notice.

IT IS SO ORDERED.

Dated:   **May 8, 2026**

_____
UNITED STATES DISTRICT JUDGE

2